FENDANT. C. A. 2d Cir. Certiorari granted. *Cyril Coleman* for petitioner. *William L. Hadden* for respondent.

No. 133. NORTON COMPANY *v.* DEPARTMENT OF REVENUE OF ILLINOIS. Supreme Court of Illinois. Certiorari granted. *Roland Towle* for petitioner. *Ivan A. Elliott*, Attorney General of Illinois, *William C. Wines, Raymond S. Sarnow* and *James C. Murray*, Assistant Attorneys General, for respondent.

No. 147. WEST VIRGINIA EX REL. DYER ET AL. *v.* SIMS, AUDITOR OF WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari granted. *William C. Marland*, Attorney General of West Virginia, *Thomas J. Gillooly*, Assistant Attorney General, and *John B. Hollister* for petitioners. *Charles C. Wise, Jr.* for respondent. Briefs of *amici curiae* supporting petitioners were filed on behalf of the United States by *Acting Solicitor General Raum;* the States of Illinois by *Ivan A. Elliott*, Attorney General, and *Lucien S. Field*, Assistant Attorney General, Indiana by *J. Emmett McManamon*, Attorney General, Kentucky by *A. E. Funk*, Attorney General, and *Squire N. Williams, Jr.*, Assistant Attorney General, New York by *Nathaniel L. Goldstein*, Attorney General, Ohio by *Herbert S. Duffy*, Attorney General, and *William C. Bryant*, Assistant Attorney General, and Pennsylvania by *Charles J. Margiotti*, Attorney General, *M. Vashti Burr*, Deputy Attorney General, and *H. F. Stambaugh;* the State of Pennsylvania by *Charles J. Margiotti*, Attorney General, *M. Vashti Burr*, Deputy Attorney General, and *Harry F. Stambaugh;* and the Interstate Commission on the Potomac River Basin by *L. Harold Sothoron*.